IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| USA Video Technology Corporation, § | | |
| § | | |
| Plaintiff § | | |
| § | | |
| v. § | Case No.2:06-cv-239 RHC | |
| § | | |
| TIME WARNER CABLE, INC.; COX § | | |
| COMMUNICATIONS, INC.; CHARTER § | | |
| COMMUNICATIONS, INC.; § | **JURY TRIAL DEMANDED** | |
| COMCAST CABLE § | | |
| COMMUNICATIONS, LLC; § | | |
| COMCAST OF RICHARDSON, LP; § | | |
| COMCAST OF PLANO, LP; COMCAST | | |
| OF DALLAS, LP | | |
| | | |
| Defendants | | |

## USA VIDEO TECHNOLOGY CORP.'S REPLY TO COMCAST DEFENDANTS' ANSWER AND COUNTERCLAIMS

Plaintiff USA Video Technology Corporation ("USVO") responds to the numbered paragraphs of Comcast Defendants' Answer and Counterclaims ("Comcast Defendants") as follows:

1. USVO is without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 1 of Comcast Defendants' Counterclaims.

2. USVO is without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 2 of Comcast Defendants' Counterclaims.

3. USVO is without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 3 of Comcast Defendants' Counterclaims.

4. USVO is without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 4 of Comcast Defendants' Counterclaims.

5. USVO admits the allegations in paragraph 5 of Comcast Defendants' Counterclaims.

6. USVO admits the allegations in paragraph 6 of Comcast Defendants' Counterclaims.

7. USVO admits the allegations in paragraph 7 of Comcast Defendants' Counterclaims.

8. USVO admits Comcast Defendants/Counterclaim Plaintiffs restate and reallege the allegations set forth in paragraphs 1-7 but denies facts therein.

9. USVO denies each and every allegation of paragraph 9 of Comcast Defendants' Counterclaims.

10. USVO denies each and every allegation of paragraph 10 of Comcast Defendants' Counterclaims.

11. USVO denies that Comcast Defendants are entitled to any of the relief listed in Comcast Defendants' prayer for relief.

Respectfully submitted,

Date: September 27, 2006

/s/ Edward W. Goldstein
Edward W. Goldstein
Texas Bar. No. 08099500
GOLDSTEIN, FAUCETT & PREBEG, LLP
1177 West Loop South, Suite 400
Houston, TX 77027
Tel: 713/877-1515
Fax: 713/877-1737
E-mail: egoldstein@gfiplaw.com

T. John Ward, Jr.
State Bar No. 00794818
Law Office of T. John Ward, Jr., P.C.
P.O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: jw@jwfirm.com

ATTORNEYS FOR PLAINTIFF

Of Counsel:

GOLDSTEIN, FAUCETT & PREBEG, L.L.P
Corby R. Vowell
Texas Bar No. 24031621
1177 West Loop South, Suite 400
Houston, Texas  77027
(713) 877-1515 – Telephone
(713) 877-1737 – Facsimile

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 27, 2006.  Any other counsel of record will be served by first class U.S. mail.

/s/ Edward W. Goldstein_____
Edward W. Goldstein

3