IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| USA Video Technology Corporation, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Case No.2:06-cv-239 RHC |
| | § | |
| TIME WARNER CABLE, INC.; COX | § | |
| COMMUNICATIONS, INC.; CHARTER | § | |
| COMMUNICATIONS, INC.; | § | **JURY TRIAL DEMANDED** |
| COMCAST CABLE | § | |
| COMMUNICATIONS, LLC; | § | |
| COMCAST OF RICHARDSON, LP; | § | |
| COMCAST OF PLANO, LP; COMCAST | | |
| OF DALLAS, LP | | |
| | | |
| Defendants | | |

### USA VIDEO TECHNOLOGY CORP.'S REPLY TO DEFENDANT CHARTER COMMUNICATIONS, INC.'S ANSWER AND COUNTERCLAIMS

Plaintiff USA Video Technology Corporation ("USVO") responds to the numbered paragraphs of Defendant Charter Communications, Inc.'s ("Charter") counterclaims as follows:

33. USVO admits that in paragraph 33 of its Counterclaims, Charter purports to incorporate by reference the allegations contained in the preceding paragraphs. USVO denies any remaining allegations in paragraph 33 of Charter's Counterclaims.

34. USVO is without knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 34 of Charter's Counterclaims.

35. USVO admits the allegations in paragraph 35 of Charter's Counterclaims.

36. USVO admits the allegations in paragraph 36 of Charter's Counterclaims.

37. USVO admits the allegations in paragraph 37 of Charter's Counterclaims.

38. USVO admits the allegations in paragraph 38 of Charter's Counterclaims.

39. USVO denies each and every allegation of paragraph 39 of Charter's Counterclaims.

40. USVO denies each and every allegation of paragraph 40 of Charter's Counterclaims.

41. USVO admits the allegations in paragraph 41 of Charter's Counterclaims.

42. Regarding paragraph 42 of Charter's Counterclaims, USVO admits Charter requests a declaration from the Court but denies each and every other allegation contained therein.

43. Regarding paragraph 43 of Charter's Counterclaims, USVO admits an actual controversy has arisen but denies each and every other allegation contained therein.

44. Regarding paragraph 44 of Charter's Counterclaims, USVO admits Charter requests a declaration from the Court but denies each and every other allegation contained therein.

45. USVO admits the allegations in paragraph 45 of Charter's Counterclaims.

46. USVO denies that Charter is entitled to any of the relief listed in Charter's prayer for relief.

Respectfully submitted,

Date:  September 27, 2006

/s/ Edward W. Goldstein
Edward W. Goldstein
Texas Bar. No. 08099500
GOLDSTEIN, FAUCETT & PREBEG, LLP
1177 West Loop South, Suite 400
Houston, TX  77027
Tel:  713/877-1515
Fax:  713/877-1737
E-mail:  egoldstein@gfiplaw.com

                                        T. John Ward, Jr.
                                        State Bar No. 00794818
                                        Law Office of T. John Ward, Jr., P.C.
                                        P.O. Box 1231
                                        Longview, Texas 75606-1231
                                        (903) 757-6400 (telephone)
                                        (903) 757-2323 (facsimile)
                                        E-mail: jw@jwfirm.com

                                        ATTORNEYS FOR PLAINTIFF

Of Counsel:

GOLDSTEIN, FAUCETT & PREBEG, L.L.P
Corby R. Vowell
Texas Bar No. 24031621
1177 West Loop South, Suite 400
Houston, Texas 77027
(713) 877-1515 – Telephone
(713) 877-1737 – Facsimile

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 27, 2006. Any other counsel of record will be served by first class U.S. mail.

                                        /s/ Edward W. Goldstein\_\_\_\_\_
                                        Edward W. Goldstein

Case 2:06-cv-00239-8LRC   Document 85   Filed 09/27/2006   Page 3 of 3