OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo                                                                                    LOCKBOX 18
  CLERK                                                                                       844 KING STREET
                                                                                                  U.S. COURTHOUSE
                                                                                  WILMINGTON, DELAWARE 19801
                                                                                                    (302) 573-6170


December 5, 2006

Candice C. Decaire
Filpatrick Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530


RE:     USA Video Technology Corporation v. Time Warner Inc., et al.
        Civil Action No.: 06cv737

Dear Counsel:

The above referenced action was filed in this district on 12/5/06.

Pursuant to Local Rule 83.5(d) of Civil Practice for the United States District Court for the District of Delaware, it is required that all parties associate themselves with local counsel. Local Rule 83.5(d) reads as follows:

" An attorney not admitted to practice by the Supreme Court of Delaware may not be admitted pro hac vice in this Court unless associated with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business, upon whom all notices, orders, pleadings and other papers filed in the cases shall be served and who shall be required to sign all papers filed with the Court, where the signature of an attorney is required, and attend before the Court, Clerk, United States Magistrate, Bankruptcy Judge, Auditors, Trustees, Receivers, or other officers of the Court. "

Please have your local counsel enter an appearance on or before 1/8/2007

                                                Sincerely,

                                                Peter T. Dalleo
                                                Clerk of Court

                                                By: /s/ Elizabeth Dinan
                                                Deputy Clerk