IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| USA VIDEO TECHNOLOGY CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) C.A. No. 06-737 (SLR) |
| v. | ) ) |
| COX COMMUNICATIONS, INC., | ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, USA Video Technology Corporation ("USVO") and Cox Communications, Inc. ("Cox"), through their undersigned counsel, hereby stipulate and agree that all claims and counterclaims that were or could have been asserted by USVO and Cox in relation to U.S. Patent No. 5,130,792 in this action are dismissed without prejudice.

This _____ day of January 2007.

| MORRIS JAMES LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Richard K. Herrmann* | */s/ Rodger D. Smith II* |
| Richard K. Herrmann (#405) | Rodger D. Smith II (#3778) |
| 500 Delaware Avenue, Suite 1500 | 1201 N. Market Street |
| P.O. Box 2306 | P.O. Box 1347 |
| Wilmington, Delaware 19899-2306 | Wilmington, Delaware 19899-1347 |
| (302) 888-6800 | (302) 658-9200 |
| rherrmann@morrisjames.com | rsmith@mnat.com |
|   Attorneys for Plaintiff USA Video Technology Corporation, Inc. |   Attorneys for Defendant Cox Communications, Inc. |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Edward W. Goldstein<br>GOLDSTEIN, FAUCETT & PREBEG, L.L.P.<br>117 West Loop South, Fourth Floor<br>Houston, Texas  77027<br>(713) 877-1515<br>egoldstein@gfpiplaw.com | Mitchell G. Stockwell<br>KILPATRICK STOCKTON LLP<br>1100 Peachtree Street,  N.E.<br>Suite 2800<br>Atlanta, Georgia  30309-4530<br>(404) 815-6500<br>mstockwell@kilpatrickstockton.com |