AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following ☐ Patents or ☐ Trademarks:

| DOCKET NO.<br>06-737-SLR | DATE FILED<br>7/14/1992 | U.S. DISTRICT COURT<br>District of Delaware |
|---|---|---|
| PLAINTIFF<br>USA Video Technology Corporation | | DEFENDANT<br>Cox Communications, Inc. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  5,130,792 | 7/14/1992 | USA Video, Inc. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

Stipulation of Dismissal (DI 87) filed on 1/2/07. See attached.

| CLERK<br>Peter T. Dalleo | (BY) DEPUTY CLERK<br>F. Tassone | DATE<br>4/7/08 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| USA VIDEO TECHNOLOGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 06-737 (SLR)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, USA Video Technology Corporation ("USVO") and Cox Communications, Inc. ("Cox"), through their undersigned counsel, hereby stipulate and agree that all claims and counterclaims that were or could have been asserted by USVO and Cox in relation to U.S. Patent No. 5,130,792 in this action are dismissed without prejudice.

This _____ day of January 2007.

| MORRIS JAMES LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Richard K. Herrmann* | */s/ Rodger D. Smith II* |
| Richard K. Herrmann (#405) | Rodger D. Smith II (#3778) |
| 500 Delaware Avenue, Suite 1500 | 1201 N. Market Street |
| P.O. Box 2306 | P.O. Box 1347 |
| Wilmington, Delaware 19899-2306 | Wilmington, Delaware 19899-1347 |
| (302) 888-6800 | (302) 658-9200 |
| rherrmann@morrisjames.com | rsmith@mnat.com |
|   Attorneys for Plaintiff USA Video Technology Corporation, Inc. |   Attorneys for Defendant Cox Communications, Inc. |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Edward W. Goldstein<br>GOLDSTEIN, FAUCETT & PREBEG, L.L.P.<br>117 West Loop South, Fourth Floor<br>Houston, Texas  77027<br>(713) 877-1515<br>egoldstein@gfpiplaw.com | Mitchell G. Stockwell<br>KILPATRICK STOCKTON LLP<br>1100 Peachtree Street,  N.E.<br>Suite 2800<br>Atlanta, Georgia  30309-4530<br>(404) 815-6500<br>mstockwell@kilpatrickstockton.com |